IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH CAULEY, M.D., Ph.D, | : | No. 4:21-CV-00045 |
| Plaintiff, | : | (Chief Judge Brann) |
| v. | : | |
| GEISINGER CLINIC, | : | |
| Defendant. | : | |

## ORDER

JANUARY 27, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Geisinger Clinic's Motion to Dismiss the Second Amended Complaint (Doc. 24) is **GRANTED IN PART, DENIED IN PART** as follows:

1. Geisinger's motion to dismiss Count II of the Second Amended Complaint (Promissory Estoppel) is **DENIED**.

2. Geisinger's motion to dismiss Count III of the Second Amended Complaint (Intentional Misrepresentation) is **GRANTED WITH PREJUDICE**.

3. Geisinger motion to dismiss Count IV of the Second Amended Complaint (Defamation) is **GRANTED WITHOUT PREJUDICE**.

If Plaintiff Keith Cauley, M.D., Ph.D., elects to plead over, he must file the amended complaint on or before February 17, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge