# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH CAULEY, M.D., Ph.D., | No. 4:21-CV-00045 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GEISINGER CLINIC, | |
| Defendant. | |

## ORDER

### NOVEMBER 22, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Geisinger's Motion for a Confidentiality and Protective Order (Doc. 43) is **GRANTED**; and

2. A Confidentiality and Protective Order shall issue by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge