IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH CAULEY, M.D., Ph.D., | No. 4:21-CV-00045 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GEISINGER CLINIC, | |
| Defendant. | |

# ORDER

**FEBRUARY 13, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Geisinger's motion for summary judgment (Doc. 74) is **GRANTED**;

2. Final Judgment is entered in favor of Geisinger and against Dr. Cauley; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge